AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America                    WARRANT FOR ARREST

     v.

Patrick Payton                              Case Number: 06 CR 447

To:    The United States Marshal
       And any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest **Patrick Payton** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     Indictment   Information   Complaint   X  Order of court   Violation Notice   Probation     Violation Petition

charging him or her with:   **Violation of conditions of supervised release.**

in violation of Title United States Code, Section(s)

Laura Springer Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $             _____
                          , Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| _____ | | |
| Date of Arrest | | |

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

December 21, 2015

DATE

Prob 12
(Rev 12/97)

PACTS NO:  35705

# United States District Court
### For the
### Northern District of Illinois

U.S.A. vs **Patrick Payton**                          Docket No.:  **06CR00447-1**

### Petition on Probation and Supervised Release

COMES NOW     Benjamin Rogers  , PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of    Patrick Payton    who was placed on supervision by the Honorable Charles R. Norgle sitting in the court at 219 South Dearborn Street, Chicago, IL 60604, on    April 4, 2007    who fixed the period of supervision at  36 months, with the terms and conditions referenced in the attached judgment in a criminal case.

**RESPECTFULLY PRESENTING PETITION TO SET A COURT HEARING FOR CAUSE AS DETAILED ON THE ATTACHED SPECIAL REPORT.**

Respectfully,

*Benjamin Rogers*

Benjamin Rogers
U.S. Probation Officer

Place:  230 S. Dearborn Street
Suite 3400
Chicago Illinois 60604

Phone:  312-435-6878

Date:     May 5, 2016

cc:  Charles R. Norgle's Courtroom Deputy

# UNITED STATES DISTRICT COURT

Office of the Chief Probation Officer
Northern District of Illinois
55 East Monroe Street, Suite 1500
Chicago, Illinois 60603-5702

To:   Honorable Charles R. Norgle                                May 5, 2016

## SUPPLEMENTAL SPECIAL REPORT

RE:          Payton, Patrick
             Supervised Release
Docket No:   06CR00447-1
Expiration Date: 9/30/2016

---

## PURPOSE OF REPORT:

To Provide a Supplemental Report with New Information.

## LEGAL HISTORY

On April 4, 2007, the offender was sentenced by Your Honor after having been convicted of three counts of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).  The offender was sentenced to 100 months imprisonment to be followed by 36 months of supervised release. He was ordered to pay a special assessment of $300, and restitution in the amount of $10,650 was order.

Mr. Payton's supervised release commenced in the Northern District of Illinois on October 1, 2013.

On January 13, 2014, a violation report was submitted to the Court advising that the offender tested positive for marijuana and cocaine and was also arrested for Domestic Battery-Bodily Harm. In response to said violations, on January 15, 2014, Your Honor modified the offender's special conditions to include participation in the drug aftercare program.

On April 15, 2014, a violation report was submitted to the Court advising that the offender was arrested for Domestic Battery and sentenced to 50 days imprisonment.  In response to said conviction, this officer requested that the offender's special conditions be modified to include the following conditions: 1) Placement for up to 120 days at a Bureau of Prisons contract residential reentry center; 2) Participation in a mental health treatment program at the direction of the probation officer, and 3) If the offender is unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, he shall perform 20 hours of community service per week at the direction of, and in the discretion of the U.S. Probation Office until gainfully employed.

On November 20, 2014, a violation report was submitted to the Court advising that the offender was arrested and charged with 13 felony charges: Count 1: Aggravated Domestic Battery/Strangle; Count 2: Aggravated Battery/Strangle; Counts 3 and 4: Aggravated Battery/Use Deadly Weapon; Counts 5, 7, 9, and 10: Domestic Battery/Other Prior; Counts 6, 8, 11, and 12: Domestic Battery/Contact/1-2 Prior; and Count 13: Unlawful Restraint.   The case number is 14CR993001.

A violation report was submitted on May 5, 2015, advising that Mr. Payton was found not guilty of

*Special Report*                                                                          Page 2
RE:  Payton, Patrick
Docket No:  06CR00447-1                                                      PACTS No:  35705

the charges under Cook County Circuit Number 14CR993001.

Additionally, the violation report filed on May 5, 2015, advised of Mr. Payton's unemployment status and that he tested positive for marijuana and cocaine on April 21, 2015.   Subsequently, the following modifications were respectfully recommended: 1) Participate in a mental health and/or sex offender treatment program.  The specific program and provider will be determined by a probation officer. The defendant shall comply with all recommended treatment which may include psychological and physiological testing. The defendant shall maintain use of all prescribed medications, and 2) If unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed.

On June 8, 2015, a violation report was submitted to advise that the offender tested positive for cocaine on May 22, 2015. This office continued to recommend the modifications stated in the violation report on May 5, 2014, and that Mr. Payton be admonished for his continued drug use.

On June 9, 2015, a court hearing was held in response to this office's request for the aforementioned modifications. The matter was continued to July 30, 2015, at 10: 00 a.m.

On July 30, 2015, a court hearing was held in response to the request for modification to participate in a mental health program and comply with all recommended treatment which may include psychological and physiological testing.   The offender was admonished for his behavior, expressed remorse to the court, and the modification was ordered by Your Honor on that date.

On October 23, 2015 a special report was filed with the court outlining the previous allegations of failing to participate in urine drug screening, failing to participate in mental health treatment, and his whereabouts being unknown.  As of a result of those allegations the court issued a status hearing for December 18, 2015.

On December 11, 2015, a supplemental special report was filed with court outlining two additional violations.  These violations are the most egregious in that Mr. Payton traveled outside of the Northern District of Illinois to the state of Colorado without this officer's permission and was arrested for Simple Robbery in Colorado Spring, Colorado.  The charge stemmed from a Bank Robbery.  As a result, Your Honor issued a bench warrant and a detainer for the client on December 18, 2016.

## CURRENT STATUS

On April 6, 2016, the offender was convicted for Robbery, a Class 4 Felony, under case number 15CR5847 in El Paso County, Colorado.  He was sentenced to 10 years in the Colorado Department of Corrections, with 128 days time served.  Mr. Payton is eligible for parole on October 18, 2020 and an estimated mandatory release date of October 1, 2025.  Mr. Payton is currently being held at the Sterling Correctional Facility in Sterling, Colorado.

## VIOLATIONS

There are no additional violations to report.

*Special Report*

RE:  Payton, Patrick                                                                                          Page 3
Docket No:  06CR00447-1                                                        PACTS No:  35705

## RECOMMENDATION AND JUSTIFICATION

The information provided above is a supplement to a report submitted on December 11, 2015 by this office.  This office respectfully requests no changes to the recommendations listed in that report, with the exception that Mr. Payton be written to the Northern District of Illinois in order to address the pending Rule to Show Cause.

I declare under penalty of perjury that the foregoing is true and correct.


                                        Respectfully submitted,

                                        *Benjamin Rogers*

                                        Benjamin Rogers
                                        U.S. Probation Officer
                                        Tel:   312-435-6878


                                        Reviewed by:

                                        *Jason A. Crawford*

                                        Jason Crawford
                                        Supervisory U.S. Probation Officer
                                        Tel:   312-435-5874


Enclosures:  December 11, 2015 Supplemental Report
                        El Paso County Disposition
                        Judgment in Criminal Case

cc:        Yasmin N. Best
            Assistant U.S. Attorney
            U. S. Courthouse - 5th Floor
            219 South Dearborn Street
            Chicago, IL   60604
            312 353-5300

            Piyush Chandra
            Attorney at Law
            Federal Defender Program
            55 E. Monroe Street, Suite 2800
            Chicago, IL 60603
            312 621-8300

            Llaniert Sanchez
            Financial Litigation Unit
            219 South Dearborn Street, 5th Floor
            Chicago, IL 60604
            312-469-6204

Patrick Payton
Sterling Correctional Facility
Colorado Department of Corrections
12101 CO-61
Sterling, CO   80751

**Date Printed: 04/08/2016**

**People Of The State Of Colorado Vs. Payton, Patrick - 2015CR5847 - El Paso County**

| Summary | | |
|---|---|---|
| **Case #:** 2015CR5847 (District) | **Location:** El Paso County | **Date Filed:** 2015-12-02 |
| **Case Status:** Mandatory Restraining Order Granted; Closed; | **Date Case Closed:** 2016-04-06 | **Date of Speedy Trial:** N/A |
| **Case Type:** Robbery | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** William B Bain | **Division:** 22 | **Bar Number:** 27558 |
| **Related Cases:** 2015CR5945 (El Paso); | | |

| Participants | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Restrained ; | |
| **Name:** Payton, Patrick | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1969-08-25 **Gender:** M **Race:** B **Drivers License:** **SSN:** 358703964 **StateID:** 3193493 | Historical Address 1708 W Cucharras St Colo Spgs CO 80904  Active Address 526 Clyde Ave Calumet IL 60409  MESSAGE : (708) 6745891 | **Attorney Role:** Deputy Public Defender **Attorney Name:** Public Defender, **Attorney Bar #:** 900002 **Primary Attorney:** No |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** **Gender:** **Race:** **Drivers License:** **StateID:** | | |
| **Party Type:** Victim | **Person Status:** Protected Adult ; | |
| **Name:** Kepler, Chelsea | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1985-06-15 **Gender:** F **Race:** W **Drivers License:** **StateID:** XL018210 | | |
| **Party Type:** Victim | **Person Status:** Not Applicable | |

| Name: Kepler, Chelsea | Addresses & Phone Numbers | Attorneys |
|---|---|---|
| Birthdate: 1985-06-15<br>Gender: U<br>Race: O<br>Drivers License:<br>StateID: XL018211 | Active Address<br>3388 Quail Lake Rd No 337<br>Co Springs CO 80906<br><br>Home : (515) 4606106 | |

| Party Type: Victim | Person Status: Not Applicable | |
|---|---|---|
| Name: Canon National Bank, | Addresses & Phone Numbers | Attorneys |
| Birthdate:<br>Gender:<br>Race:<br>Drivers License:<br>StateID: XL018212 | Active Address<br>3204 W Colorado Ave<br>Co Springs CO 80904 | |

## Charges / Dispositions

### Arresting Agency

| Arresting Agency: CO Springs Police Dept | | Arrest Date: 2015-12-01 | Arrest Time: |
|---|---|---|---|
| Ticket/Summons Number: | | Arrest Number:<br>150021772 | Case Number: 15-47726 |

### Arrest Charges

| Charge Number: 1 | Charge: Robbery | | Status: Arrest Only Charge |
|---|---|---|---|
| Offense Date From:<br>2015-12-01 | Offense Date To:<br>2015-12-01 | Offense Time: | |
| Class: F4 (Class 4 Felony) | BAC: 0.000 | Statute: 18-4-301(1) | |

### Final Disposition on Charges

| Charge Number: 1 | Charge: Robbery | | Status: Main Charge |
|---|---|---|---|
| Offense Date From:<br>2015-12-01 | Offense Date To:<br>2015-12-01 | Offense Time: | |
| Class: F4 (Class 4 Felony) | BAC: 0.000 | Statute: 18-4-301(1) | |
| Plea Date: 2016-02-10 | Plea: Plea of Guilty | | |
| Disposition Date:<br>2016-04-06 | Disposition: Guilty | | |
| Sentence Date: 2016-04-06 | Sentence Type: Sentence by Court | | Sentence Status:<br>Active |

| Victims<br>Assistance Fund | 163.00 Dollar<br>Amount | No Consecutive / Concurrent sentences. |
|---|---|---|
| Victim<br>Compensation<br>Fund | 163.00 Dollar<br>Amount | No Comments |
| Court Costs | 35.00 Dollar<br>Amount | |
| Court Security<br>Cash Fund | 5.00 Dollar<br>Amount | |
| | 2.50 | |

| Genetic Testing Surcharge | Dollar Amount |
| Public Defender Accts Rcvable | 25.00 Dollar Amount |
| Request for Time to Pay | 25.00 Dollar Amount |
| Restorative Justice Surcharge | 10.00 Dollar Amount |
| Drug Standardized Assessment | 45.00 Dollar Amount |
| Department of Corrections | 10.00 Year(s) |
| Credit for Time Served | 128.00 Day(s) |

| Charge Number: 2 | Charge: Theft-$2,000-$5,000 | Status: Dismissed |
|---|---|---|
| Offense Date From: 2015-12-01 | Offense Date To: 2015-12-01 | Offense Time: |
| Class: F6 (Class 6 Felony) | BAC: 0.000 | Statute: 18-4-401(1),(2)(f) |
| Disposition Date: 2016-04-06 | Disposition: Dismissed by DA | |

| Charge Number: 3 | Charge: False Reporting-false Identification | Status: Dismissed |
|---|---|---|
| Offense Date From: 2015-12-01 | Offense Date To: 2015-12-01 | Offense Time: |
| Class: M3 (Class 3 Misdemeanor) | BAC: 0.000 | Statute: 18-8-111(1)(d) |
| Disposition Date: 2016-04-06 | Disposition: Dismissed by DA | |

## Hearings/Trials

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2016-04-06 | 10:00 AM | 22 | Sentencing Hearing | Hearing Held | William B Bain (27558) |
| 2016-02-10 | 08:30 AM | 22 | Plea Hearing | Hearing Held | William B Bain (27558) |
| 2016-02-03 | 08:30 AM | 22 | Plea Hearing | Hearing Held | William B Bain (27558) |
| 2016-01-06 | 01:30 PM | 22 | Preliminary Hearing NOTE: WAIVED | Vacated | William B Bain (27558) |
| 2015-12-09 | 08:30 AM | 22 | First Appearance | Hearing Held | William B Bain (27558) |
| 2015-12-02 | 01:30 PM | VID | Hearing on Advisement NOTE: 12/9@830-22-10K | Hearing Held | Stephen James Sletta (6806) |

## Other Case Activities

| Date | Code | Details/Notes |
|---|---|---|
| 2016-04-06 | CLAD | Case Closed |
| 2016-04-06 | MINC | Minute Order (print)<br>Bain/kkr/reedy/dda Robertson Senh 4/6/16<br>Dpwc Pd Ice; Statement By The Parties Re: Sentencing; Judgement Of Conviction<br>Enters; Court Sentences Deft As To Ct 1 Robbery (f4) To 10 Yrs In Doc With<br>128 Dys Of Credit; Any Remaining Cts To Be Dismissed; 3 Yrs Of Parole; Restit Rsvd 90 Dys; Court Grants Deft 35 Dys To Object; Cust /kkr |
| 2016-04-06 | MITI | Mittimus Issued<br>Day Due: 000000000000000<br>DEF1/ Payton, Patrick |
| 2016-04-06 | TRPT | Transport Order |
| 2016-04-01 | LETR | Letter<br>Two Letrs Dated 3-28-16 Re:sentencing (copies Emailed To Counsel) /cdh |
| 2016-03-28 | PSIF | Pre-sentence Invest Rpt Filed |
| 2016-02-10 | MINC | Minute Order (print)<br>Bain/cdh/elliott/dda Robertson Plea 2-10-16<br>Dpwc Pd Ice; Deft Enters Gp To Ct 1 Robbery (f5); Stip To Agg Sentencing Range Of 8-12yrs; Deft Advised; Factual Basis; Court Finds Deft's Plea Know/vol/intell; Court Orders Psio; Court Sets Senh 4-6-16 At 10am; Cust /cdh |
| 2016-02-10 | PLAG | Plea Agreement |
| 2016-02-10 | PSIO | Psi Ordered |
| 2016-02-03 | MINC | Minute Order (print)<br>Bain/kkr/elliott/dda Robertson Plea 2/3/16<br>Dpwc Pd Ice;pd Req To Set Over In 1 Week Due To Weather;court Sets Plea On<br>2/10/16 At 8:30am;cust /kkr |
| 2016-01-06 | MINC | Minute Order (print)<br>Bain/kkr/elliott/ Dda R. Robertson Prel 1/6/16<br>Dpwc Pd Ice;deft Wvs Prel In An Effort To Cont Negoatiations;deft Advised;court Finds Know/vol Wvr Of Prel;deft Req Plea;court Sets Plea On 2/3/16 At 8:30am;cust /kkr |
| 2015-12-15 | MOTN | Motion<br>By Dda To Increase Bond /alh |
| 2015-12-14 | NOTC | Notice Filed<br>ATY/ Public Defender,<br>Of Automatic Election Of Representation - Submitted By Public Defender /alh |
| 2015-12-09 | INFO | Information Filed |
| 2015-12-09 | MINC | Minute Order (print)<br>Bain/kkr/elliott/dda K. Maher Fapp 12/9/15<br>Dpwc Pd Ice;court Appoints Pd Due To Deft's In-custody Status;info Filed;copy<br>To Deft;pd Ack Recpt;wvs Read/adv;defense Req Prel And Hbnd;court Sets |

Case 1:19-mj-00227-NRN   Document 1   Filed 10/04/19   USDC Colorado   Page 11 of 23
2015CR5847 - El Paso County                                                Page 5 of 6
Case: 1:06-cr-00447, Document: 54,  Filed: 05-09-2016,  Page 11 of 12

| | | |
|---|---|---|
| | | Prel<br>And Hbnd On 1/6/16 At 1:30pm;cust /kkr |
| 2015-12-09 | MOTN | Motion<br>To Increase Bond /cdh |
| 2015-12-02 | ASWA | Affi In Suppt-warrantless Arr<br>Prelim Info W/probable Cause<br>Jail Booking Date 12 01 15 /krl |
| 2015-12-02 | MINC | Minute Order (print)<br>Vid/w360/hadv/cust/dda/dpwoc By Closed Circuit Tv. Deft Advised Of Rights,<br>Mandatory Protection Order, Charges And Possible Penalty. Deft Advised Of Mro On The Record. Case Cont For Fapp To 12.09.15 At 830am-22. Bond Argued.<br>Pd Cpat. Bond Set At 10k /amm |
| 2015-12-02 | MROG | Mandatory Protection Ord Grntd; Expiration Date: 2029-04-06<br>DEF1/ Payton, Patrick<br>VIC1/ Kepler, Chelsea<br>MROG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing |
| 2015-12-02 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2017-12-02 |

## Judgments

No Judgments Information

## Bonds

| | |
|---|---|
| **Bond Status Date:** 2016-04-06 | **Bond Status:** Bond Vacated |
| **Set Date:** 2015-12-01 | **Set Amount:** 10000.00 | **Set Type:** Cash/Surety/Property |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

## Financial Summary

| Accounts Receivable | Amount Owed | Amount Paid | Amount Paid From Related Case | Outstanding Balance |
|---|---|---|---|---|
| Court Costs | $35.00 | $0.00 | $0.00 | $35.00 |
| Court Security Cash Fund | $5.00 | $0.00 | $0.00 | $5.00 |
| Drug Standardized Assessment | $45.00 | $0.00 | $0.00 | $45.00 |
| Genetic Testing Surcharge | $2.50 | $0.00 | $0.00 | $2.50 |
| Public Defender Accounts Receivable Code | $25.00 | $0.00 | $0.00 | $25.00 |
| Restorative Justice Surcharge | $10.00 | $0.00 | $0.00 | $10.00 |

| CONFIDENTIAL | | | | | CONFIDENTIAL |
|---|---|---|---|---|---|
| | Time Payment Fee | $25.00 | $0.00 | $0.00 | $25.00 | |
| | Victim Compensation Fund | $163.00 | $0.00 | $0.00 | $163.00 | |
| | Victim's Assistance Fund | $163.00 | $0.00 | $0.00 | $163.00 | |
| | Accounts Receivable Balance | $473.50 | $0.00 | $0.00 | $473.50 | |

Prob 12
(Rev 12/97)

PACTS NO:  35705

# United States District Court
**For the**
**Northern District of Illinois**

---

U.S.A. vs **Patrick Payton**                                    Docket No.:  **06CR00447-1**

### Petition on Probation and Supervised Release

COMES NOW    Benjamin Rogers , PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of    Patrick Payton    who was placed on supervision by the Honorable Charles R. Norgle sitting in the court at 219 South Dearborn Street, Chicago, IL 60604, on    April 4, 2007    who fixed the period of supervision at  36 months   and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

Restitution - $10,650.00;
Special Assessment -$300.00
Drug Treatment
Mental Health Treatment

**RESPECTFULLY PRESENTING PETITION TO SET A COURT HEARING FOR CAUSE AS DETAILED ON THE ATTACHED SPECIAL REPORT.**

Respectfully,

*Benjamin Rogers*

Benjamin Rogers
U.S. Probation Officer

Place:  230 S. Dearborn Street
         Suite 3400
         Chicago Illinois 60604

Phone:  312-435-6878

Date:    December 10, 2015

cc:   Charles R. Norgle's Courtroom Deputy

# UNITED STATES DISTRICT COURT
Office of the Chief Probation Officer
Northern District of Illinois
55 East Monroe Street, Suite 1500
Chicago, Illinois 60603-5702

To:   Honorable Charles R. Norgle                                    December 10, 2015

## SUPPLEMENTAL SPECIAL REPORT

RE:              Payton, Patrick
                 Supervised Release
Docket No:       06CR00447-1
Expiration Date: 9/30/2016

---

## PURPOSE OF REPORT:

To Provide a Supplemental Report with New Information, and to Request a Warrant be Issued and
Lodged as a Detainer.

## LEGAL HISTORY

On April 4, 2007, the offender was sentenced by Your Honor after having been convicted of three
counts of Bank Robbery; in violation of Title 18, United States Code, Section 2113(a).   The
offender was sentenced to 100 months imprisonment to be followed by 36 months of supervised
release. He was ordered to pay a special assessment of $300, and restitution in the amount of
$10,650.

Mr. Payton's supervised release commenced in the Northern District of Illinois on October 1,
2013.

On January 13, 2014, a violation report was submitted to the Court advising that the offender
tested positive for marijuana and cocaine, and was also arrested for Domestic Battery-Bodily
Harm. In response to said violations, on January 15, 2014, Your Honor modified the offender's
special conditions to include participation in the drug aftercare program.

On April 15, 2014, a violation report was submitted to the Court advising that the offender was
arrested for Domestic Battery and sentenced to 50 days imprisonment.  In response to said
conviction, this officer requested that the offender's special conditions be modified to include the
following conditions: 1) Placement for up to 120 days at a Bureau of Prisons contract residential
reentry center; 2) Participation in a mental health treatment program at the direction of the
probation officer, and 3) If the offender is unemployed after the first 60 days of supervision, or if
unemployed for 60 days after termination or lay-off from employment, he shall perform 20 hours
of community service per week at the direction of, and in the discretion of the U.S. Probation
Office until gainfully employed.

On November 20, 2014, a violation report was submitted to the Court advising that the offender
was arrested and charged with 13 felony charges: Count 1: Aggravated Domestic Battery/Strangle;
Count 2: Aggravated Battery/Strangle; Counts 3 and 4: Aggravated Battery/Use Deadly Weapon;
Counts 5, 7, 9, and 10: Domestic Battery/Other Prior; Counts 6, 8, 11, and 12: Domestic
Battery/Contact/1-2 Prior; and Count 13: Unlawful Restraint.   The case number is 14CR993001.

*Special Report*                                                                                      Page 2
RE:  Payton, Patrick
Docket No:  06CR00447-1                                                              PACTS No:  35705

A violation report was submitted on May 5, 2015, advising that Mr. Payton was found not guilty of the charges under Cook County Circuit Number 14CR993001.

Additionally, the violation report filed on May 5, 2015, advised of Mr. Payton's unemployment status and that he tested positive for marijuana and cocaine on April 21, 2015.  Subsequently, the following modifications were respectfully recommended: 1) Participate in a mental health and/or sex offender treatment program.  The specific program and provider will be determined by a probation officer. The defendant shall comply with all recommended treatment which may include psychological and physiological testing. The defendant shall maintain use of all prescribed medications, and 2) If unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed.

On June 8, 2015, a violation report was submitted to advise that the offender tested positive for cocaine on May 22, 2015. This office continued to recommend the modifications stated in the violation report on May 5, 2014, and that Mr. Payton be admonished for his continued drug use.

On June 9, 2015, a court hearing was held in response to this office's request for the aforementioned modifications. The matter was continued to July 30, 2015, at 10: 00 a.m.

On July 30, 2015, a court hearing was held in response to the request for modification to participate in a mental health program and comply with all recommended treatment which may include psychological and physiological testing.   The offender was admonished for his behavior, expressed remorse to the court, and the modification was ordered by Your Honor on that date.

On October 23, 2015, a special report was filed with the court outlining three violations of supervision.   In response, the court set a status hearing for December 18, 2015.

## CURRENT STATUS

On December 1, 2015, this officer received a phone call from the Colorado Springs, Colorado Police Department, advising that Mr. Payton was in their custody as a result of Bank Robbery. Please refer to the attached police report for details of the arrest and investigation.   Mr. Payton is currently being held on a $10,000 cash bond with 10% to apply in El Paso County, Colorado. Prior to this call, the offender's whereabouts had been unknown since October 15, 2016.

## VIOLATIONS

Subsequently the following violations of supervision are being reported:

**Violation #4**               **(Mandatory Condition) For any offense, the defendant shall not commit another federal, state or local crime.**

On December 1, 2015, Mr. Payton was arrested by the Colorado Springs, Colorado Police Department and charged with Simple Robbery, a Class 4 Felony, under case number 15CR5847.   The charges stem from Mr. Payton committing bank robbery.

*Special Report*                                                                    Page 3
RE:  Payton, Patrick
Docket No:  06CR00447-1                                              PACTS No:  35705

**Violation #5**            <u>**(Standard Condition #2) The defendant shall not leave the**</u>
<u>**judicial district without the permission of the court or probation**</u>
<u>**officer (travel outside the continental United States requires**</u>
<u>**court authorization)**</u>.

On December 1, 2015, this officer was informed that Mr. Payton was
being held in custody by the Colorado Springs Police Department for
committing the aforementioned charge.   Mr. Payton has been
instructed that he cannot leave the Northern District of Illinois without
this officer's permission.   Mr. Payton was not granted permission to
travel outside of the district and, due to the previous non-compliance
of Mr. Payton, this officer would not have given permission for Mr.
Payton to travel outside of the district if requested.

## RECOMMENDATION AND JUSTIFICATION

According to Title 18, United States Code, Section 3583(g), if an offender on supervised release
has four positive drug tests within one year, revocation of supervised release is mandatory.
However, the court, pursuant to Title 18, United States Code, Section 3583(d) shall consider
whether the availability of substance abuse treatment programs or the individual's current or past
participation in such programs warrants an exception.   Such an exception would be in accordance
with United States Sentencing Commission guidelines from the rule of Title 18, United States
Code, Section 3583(g).

The offender's conduct concluded on or after April 30, 2003, the date the Prosecutorial Remedies
and Other Tools to end the Exploitation of Children Today Act (PROTECT Act) became effective.
The Violent Crime Control Act (VCCA) of 1994 permits the re-imposition of supervised release
upon revocation, pursuant to Title 18, United States Code, Section 3583(h).   The PROTECT Act
allows the Court, upon each revocation of supervised release, to impose up to the maximum
revocation prison term provided in 18 USC 3583(e)(3).   Further, additional terms of supervised
release may always be imposed unless the current revocation prison term is equal to the term of
supervised release authorized by statute, 18 USC 3583(b).

The offender was convicted and sentenced on three separate counts.   Count one, two, and three
are Class C felony offenses.   Therefore upon revocation, the offender could receive a sentence of
twenty-four months on each count, according to Title 18 USC, Section 3583(e)(3).   The total
statutory maximum term of imprisonment that may be imposed is seventy-two months.   The
length of the term of supervised release which could be re-imposed would be up to thirty-six
months on each count, according to Title 18, United States Code, Section 3583(b).   All terms of
supervised release must run concurrently according to statute.   The length of the newly imposed
term of supervised release shall not exceed the term of supervised release authorized by statute for
the offense that resulted in the original term of supervised release, less any term of imprisonment
that is imposed upon revocation of this period of supervised release.

Chapter Seven, of the United States Sentencing Commission Guidelines Manual, presents the policy statement that the Court must consider for sentencing upon revocation of supervision. Based upon this offender's highest violation behavior of Grade A, and his Criminal History Category of VI, the revocation guideline range is between thirty-three and forty-one months custody.   The revocation guideline range is advisory and not binding on the Court.   Should the Court sentence the offender outside the range, the reason should be stated for the record.   The Violation Worksheet is attached to this report.

The offender was before the court on July 30, 2015, and informed the court that he was willing to make changes and comply with the conditions of his supervised release.   Since the offender reported to court on that date, his actions are evidence that he is not amenable to the support and services that supervised release provides, nor has he shown a continued willingness to make positive changes outside of the courtroom.

The previous report submitted to the court outlined allegations of testing positive for cocaine, failing to participate in court-ordered substance abuse treatment, and failing to provide his current address as his whereabouts were unknown.   Currently, Mr. Payton is being held on a $10,000 cash bond with 10% to apply in El Paso County, Colorado, due to committing Bank Robbery; which is the instant offense that Mr. Payton was convicted and sentenced to federally.   Mr. Payton's next scheduled court date is January 6, 2016.

As a result of the previous allegations, Mr. Payton being arrested for new criminal behavior similar to the instant offense and leaving the district without permission, this officer respectfully recommends that the Court lodge a detainer for the offender should he post bail in the new case. Upon the resolution of his new charges, Mr. Payton should be brought before this Court to answer to all five alleged violations.   Furthermore, it is respectfully recommended that the offender's term of supervised release be revoked, and that he be sentenced to a term of 41 months imprisonment on Count 1, 2, and 3, to run concurrently, and that he participate in a drug treatment program while incarcerated.   Due to the offender's continued non-compliance since the start of his supervised release, it is respectfully recommended that no supervision be ordered following the term of his imprisonment.

Should the Court decide to re-impose a term of supervised release, this officer will be prepared to recommend appropriate conditions, pursuant to the most current conditions of supervised release outlined in AO245B.

I declare under penalty of perjury that the foregoing is true and correct.

*Special Report*                                                                                                          Page 5
RE:  Payton, Patrick
Docket No:  06CR00447-1                                                                          PACTS No:  35705

Respectfully submitted,

*Benjamin Rogers*

Benjamin Rogers
U.S. Probation Officer
Tel:  312-435-6878

Reviewed by:

*Richard J. Elias*

Richard J. Elias
Supervisory U.S. Probation Officer
Tel:  312-435-5720

Enclosures:  Violation Worksheet
                        Police Report

cc:      Yasmin N. Best
           Assistant U.S. Attorney
           U. S. Courthouse - 5th Floor
           219 South Dearborn Street
           Chicago, IL   60604
           312 353-5300

           Piyush Chandra
           Attorney at Law
           Federal Defender Program
           55 E. Monroe Street, Suite 2800
           Chicago, IL 60603
           312 621-8300

           Llaniert Sanchez
           Financial Litigation Unit
           219 South Dearborn Street, 5th Floor
           Chicago, IL 60604
           312-469-6204

           Patrick Payton
           526 Clyde Avenue Apt 10
           Calumet City, Illinois   60409
           Last Known Address

# VIOLATION WORKSHEET

1.   **Defendant** _Patrick Payton

2.   **Docket Number** (Year-Sequence-Defendant No.) **1:06CR00447**

3.   **District/Office**   Northern District of Illinois - Chicago

4.   **Original Sentence Date**  April 4, 2007

(If different than above:)

5.   **Original District/Office**   SAME AS ABOVE

6.   **Original Docket Number** Same as above

7.   **List each violation and determine the applicable grade** (see §7B1.1):

| **Violation(s)** | **Grade** |
|---|---|
| • The defendant shall not purchase, possess, use,  distribute, or administer any narcotic or other controlled  substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as requested by the probation officer to determine the use of any controlled substance. | C |
| • The offender failed to participate in a mental health program and comply with all recommended treatment which may include psychological and physiological testing as directed. | C |
| • The defendant shall notify the probation officer ten (10) days prior to any change in residence or employment. | C |
| • For any offense, the defendant shall not commit another federal, state, or local crime. | A |
| • The defendant shall not leave the judicial district without the permission of the court or probation officer (travel outside the continental United States requires court authorization). | C |

8.   **Most Serious Grade of Violation**  (see §7B1.1(b))   A

9.   **Criminal History Category** (see §7B1.4(a))   VI

10.   **Range of Imprisonment**  (see §7B1.4(a))

33-41 months

11.   **Sentencing Options for Grade B and C Violations Only**  (Check the appropriate box)**:**

___   (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month, but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

_   (b)  If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months, but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

_   (c)  If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

RE:  Patrick Payton                                                                                     Page 2
Violation Worksheet

12. **Unsatisfied Conditions of Original Sentence**

   List any restitution, fine, community confinement, home detention, or intermittent confinement
   previously imposed in connection with the sentence for which revocation is ordered that remains
   unpaid or unserved at the time of revocation (see §7B1.3(d)):

   | | | | |
   |---|---|---|---|
   | Restitution | $10579.00 | Community Confinement | |
   | Fine | | Home Detention | |
   | Other | | Intermittent | |

13. **Supervised Release**

   If probation is to be revoked, determine the length, if any, of the term of supervised release
   according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

   Term: _____ to _____ years

   If supervised release is revoked and the term of imprisonment imposed is less than the maximum
   term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law,
   be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C.
   §3583(e) and 7B1.3(g)(2)).

   Period of supervised release to be served following release from imprisonment:

14. **Departure**

   List aggravating and mitigating factors that may warrant a sentence outside the applicable range of
   imprisonment:

15. **Official Detention Adjustment** (see §7B1.3(e)): _____ months _____ days

   **Mail documents to:** United States Sentencing Commission, Federal Judiciary Building,
   One Columbus Circle, Suite 2-500, South Lobby, Washington, D.C. 20002-8002

   11/1/90

| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>Court Address: 270 South Tejon Street,<br>　　　　　　　　PO Box 2980<br>　　　　　　　　Colorado Springs, CO 80901 | |
|---|---|
| **People of the State of Colorado**<br>　　　　　　　　vs.<br>**Defendant: PAYTON, Patrick;**　　　　　Defendant DOB: 08/25/1969 | ▲  **COURT USE ONLY**  ▲ |
| | Case Number: |
| | Division:　　　Courtroom: |
| **AFFIDAVIT OF PROBABLE CAUSE** | |

The following affidavit is submitted to the Court to document the probable cause in support of the arrest of Patrick PAYTON DOB: 08/25/1969 SSN: 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.

This offense is fully documented in Colorado Springs Police Department Offense Report 15-47726 detailing the offense(s) of:

　　　§18-4-301, ROBBERY, CLASS FOUR FELONY (F4).

　　　With the victim(s) identified as:

　　　1.　KEPLER, Chelsea; DOB: 06/15/85; Age (30) Race: White; Gender: Female

On 12/01/2015 at approximately 1057 hours, officers and detectives with the Colorado Springs Police Department were dispatched to 3204 W. Colorado Av., Canon National Bank to investigate a reported bank robbery.  The investigation revealed that a lone black male entered the bank and gave the victim a note demanding money.  The victim remembered the note to read something like, "Give me 20s, 50s, 100s, no bait, no dye."  The suspect was further described as being approximately 35 to 40 years of age, approximately 6'00" tall and 200 pounds with black hair.  He was observed wearing a black or brown jacket and sunglasses.  The suspect fled with over $4,000 in cash that was placed into a large white envelope.

Video surveillance depicted the suspect to be wearing a dark ball cap with a sticker on the bill, sunglasses, a dark jacket with white stripes on the sleeves, a white or tan dress shirt, and a neck tie.

Officers checking the area observed a male matching the suspect's description in the 3300 block of W. Pikes Peak Av., only a few blocks from the scene.  The man ran when he spotted the officers and was eventually contacted a few blocks from there.  The suspect was wearing clothing matching what is observed on the video surveillance; to include the jacket, ball cap, shirt, and tie.  Upon taking him into custody, officers found within a few feet of him, an envelope containing cash and the demand note.  Officer M. Sandoval/979 observed the suspect throw the cash envelope to the ground.  The demand note read, "Give me 100$, 50$, 20$, no dye pack or bait bills."

The suspect initially identified himself verbally as Emil Payton, but he was later positively identified through Federal Probation records as Patrick Payton DOB: 08/25/1969.

Mr. Payton is described as a black male, approximately 5'11" tall and 238 pounds matching the description of the robbery suspect.

# AFFIDAVIT OF PROBABLE CAUSE

The victim was transported to the location in which Mr. Payton was contacted and positively identified him as the robbery suspect.

Mr. Payton was advised of, and waived, his rights pursuant to the Miranda Warning.  He admitted to robbing the bank and acknowledged himself in the surveillance stills taken of the robbery.  He also stated that he is currently on Federal Probation for previous bank robberies.

I would respectfully request that probable cause be found that <u>Patrick PAYTON</u> DOB: <u>08/25/1969</u> did within the City of Colorado Springs, County of El Paso and State of Colorado, commit in violation of the Colorado Revised Statutes, the offense(s) of §18-4-301, ROBBERY, CLASS FOUR FELONY (F4).

Tuesday December 1, 2015                    J. TIDWELL | 1711
_____          _____
Date                           Officer's Signature
                               Colorado Springs Police Department

                                                        KORY DABB
                               _____
                               Notary Signature
                               My Commission expires: _1/23/18_
                               Address:  Police Operations Center
                                         705 S Nevada Avenue
                                         Colorado Springs, CO 80903-4052

KORY DABB
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20064002817
MY COMMISSION EXPIRES JANUARY 23, 2018

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address: 270 South Tejon Street,<br>PO Box 2980<br>Colorado Springs, CO 80901 | |
|---|---|
| **People of the State of Colorado**<br>vs.<br>**Defendant: PAYTON, Patrick;**     Defendant DOB: 08/25/1969 | ▲ **COURT USE ONLY** ▲ |
| | Case Number: |
| | Division:    Courtroom: |
| **INFORMATION FOR PRELIMINARY PROCEDURE** | |

The above named Defendant was arrested on Tuesday December 1, 2015 on the charges of:

- §18-4-301, ROBBERY, CLASS FOUR FELONY (F4).

The following bonding information is to be considered by the Judge in setting bail on the defendants.

***Standard Bond***

_J. TIDWELL, 1711_
Signature of Peace Officer who furnished the
above information

**NOTE**:  If more than one defendant was arrested for the same or similar acts or series of acts, they
<u>must</u> be included on the same sheet.

| Initiating Law Enforcement Agency Information | |
|---|---|
| Initiating Officer Name: | J. TIDWELL | 1711 |
| Agency/Division: | Colorado Springs Police Department<br>Police Operations Center |
| Case Report Number: | 15-47726 |